UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:                           CHAPTER 13
                                            CASE NO. 08-70681-TJT
ROBERT MICHAEL DROZDZEWSKI,                 JUDGE THOMAS J. TUCKER
Debtor(s).
_____/

## TRUSTEE'S OBJECTIONS TO
## CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to LBR 3015-3(a) (E.D.M.) and 11 U.S.C. §1307(c)(5) as follows:

1.    As of today, the Trustee has not received a true copy of the debtor's Payment Order, or an Electronic Transfer of Funds Payment Order, in contravention of E.D. Mich. L.B.R. 1007-1(c).

2.    The Trustee objects to the proposed plan as it is currently underfunded and runs over sixty (60) months in violation of 11 U.S.C. § 1322(d).

3.    The debtor's Plan fails to comply with 11 U.S.C. 1322(b)(1) as the Plan unfairly discriminates against the Class 8 general unsecured creditors by providing only 18% repayment of such claims, while designating 100% repayment of the unsecured claim of Wells Fargo under Class 7 of the Chapter 13 Plan. The Trustee requests that the debtor increase best effort by $587.00 each month.

4.    The debtor indicates in class two of the plan that the first and second mortgage payments are to be paid via the Trustee. However, the debtor has included a mortgage expense on Schedule J. The Trustee requests that the debtor amend the plan and/or schedules to correct this inconsistency no later than twenty-one prior to confirmation.

5.    The Plan fails to provide that 100% of profit sharing funds and/or bonuses received by the debtor during the pendency of the Plan be remitted to the Trustee for distribution among creditors in contravention of 11 U.S.C. 1325(b) and In re Freeman, 86 F.3d 478 (6th Cir., 1996).

6.    The debtor's Plan fails to provide that all of the debtor's projected disposable income be utilized to fund the Plan. Specifically, the debtor's Schedule J has overstated the following expense(s) in contravention of 11 U.S.C. 1325(a)(3) and/or 11 U.S.C. 1325(b):

    a.    Spouse's credit card payments - $800.00

The Trustee requests that the debtor provide proof of these expenses within fourteen days.

7.    The debtor indicates on Schedule I that his spouse works as a nurse. The Trustee requests that the debtor provide his spouse's three most recent paystubs no later than fourteen days prior to confirmation.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's(s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

                        OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                        Tammy L. Terry, Chapter 13 Trustee

February 3, 2009          /s/ *Tammy L. Terry*
                                    TAMMY L. TERRY (P-46254)
                                    Chapter 13 Standing Trustee
                                    /s/ KIMBERLY SHORTER - SIEBERT (P-49608)
                                    /s MARILYN R. SOMERS-KANTZER (P-52488)
                                    Staff Attorneys
                                    535 Griswold, Suite 2100
                                    Detroit, MI 48226
                                    (313) 967-9857
                                    mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**     CHAPTER 13
CASE NO. 08-70681-TJT
ROBERT MICHAEL DROZDZEWSKI,     JUDGE THOMAS J. TUCKER
Debtor(s).

_____/

## CERTIFICATE OF MAILING

I hereby certify that on February 3, 2009, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

/s/ Patrice N. Ford
Patrice N. Ford
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

ROBERT MICHAEL DROZDZEWSKI
1216 HULL AVENUE
YPSILANTI, MI 481980000

GREGORY L. DODD, ATTORNEY AT LAW
300 NORTH HURON
YPSILANTI, MI 481970000