United States Bankruptcy Court
Eastern District of Michigan

In re: Robert Michael Drozdzewski,   Case No. 08-70681 tjt
   Judge: Hon. Thomas J. Tucker
   Debtor.
_____/

Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to:

Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

/s/_____
Gregory L. Dodd (P-43404)
Debtor's Attorney