UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In RE: CASE NO: 08-70681-TJT

ROBERT MICHAEL DROZDZEWSKI
1216 HULL AVENUE                                              Judge: THOMAS J. TUCKER
YPSILANTI, MI  48198

CHAPTER 13 FINAL REPORT AND ACCOUNT

SSN#1 - XXX-XX-3171

This Case was                                                 The Case was
Commenced on                                                  Concluded on
12/16/2008                                                    03/12/2009

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements and are incorporated by reference in this report.

**HOLDERS OF ALLOWED CLAIMS:** Please take notice that you have 30 days from the date of service of this document to file an objection to this report. If no objection is timely filed, the Trustee may be discharged and the case may be closed without a hearing. If a timely

**RECEIPTS**: Amounts paid to Trustee by or for the Debtor for the benefit of Creditors:  **$4,800.00**

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name Interest | Class Principal | Allowed | Percent | Principal | | |
|---|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSA | | 100.00 | | 100.00 | | |
| 0 | ROBERT MICHAEL DROZDZEV | DEBTOR REFUND | 0.00 | 0.00% | 3,987.80 | 0.00 | 0.00 |
| 0 | GREGORY L. DODD, ATTORNE | ATTORNEY FEE | 0.00 | 100.00% | 0.00 | 0.00 | 1,500.00 |
| 1 | Everhome Mortgage Co | M-MORTGAGE | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 2 | FIRST TENNESSEE BANK | M-MORTGAGE | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 3 | Ford Cred | E-LEASE | 0.00 | 100.00% | 712.20 | 0.00 | 0.00 |
| 4 | Ford Cred | NTIP * Lease | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 5 | Wells Fargo Ed Fin Svc | X-SPECIAL UNS | 16,576.12 | 100.00% | 0.00 | 0.00 | 0.00 |
| 6 | SCHEDULED UNSECURED CRE | UNSECURED SCHE | 0.00 | 18.00% | 0.00 | 0.00 | 0.00 |
| 7 | Discover Bank/DFS Services LLC | U- UNSECURED | 11,479.17 | 18.00% | 0.00 | 0.00 | 0.00 |
| 8 | MHESLA | U- UNSECURED | 2,125.25 | 18.00% | 0.00 | 0.00 | 0.00 |
| 9 | MACYS RETAIL HOLDINGS, IN | U- UNSECURED | 1,981.63 | 18.00% | 0.00 | 0.00 | 0.00 |
| 10 | FDS BANK/VISA | U- UNSECURED | 4,948.37 | 18.00% | 0.00 | 0.00 | 0.00 |

| 11 | FIRST TENNESSEE BANK | NTIP * ARREARS | 603.45 | 100.00% | 0.00 | 0.00 | 0.00 |
|----|----------------------|----------------|--------|---------|------|------|------|
| 12 | PORTFOLIO RECOVERY ASSO | U- UNSECURED | 1,635.42 | 18.00% | 0.00 | 0.00 | 0.00 |
| 13 | PORTFOLIO RECOVERY ASSO | U- UNSECURED | 7,868.43 | 18.00% | 0.00 | 0.00 | 0.00 |
| 14 | GE Consumer Finance | U- UNSECURED | 344.48 | 18.00% | 0.00 | 0.00 | 0.00 |
| 15 | PRA Receivables Management, LL | U- UNSECURED | 11,923.35 | 18.00% | 0.00 | 0.00 | 0.00 |

## SUMMARY

Summary of disbursements during the administration of this plan:

| | ADMIN., CLAIMS AND REFUNDS | TOTAL PRINCIPAL AND | |
|---|---|---|---|
| UNSECURED | $58,882.22 | $0.00 | |
| SECURED | $603.45 | $712.20 | |
| PRIORITY | $0.00 | $0.00 | |
| ADMINISTRATIVE | $0.00 | $0.00 | |
| ATTORNEY | $0.00 | $0.00 | |
| TRUSTEE | $100.00 | $100.00 | |
| DEBTOR REFUND | $3,987.80 | $3,987.80 | |
| CLERK FEES | $0.00 | $0.00 | |
| | $63,573.47 | $4,800.00 | Total Disburseme |

Date of Service:  May 22, 2009

/s/  Tammy L. Terry

Tammy L. Terry, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the Chapter 13 Final Report and Account was mailed to Debtor, Debtor's Attorney, and the United States Trustee by First Class Mail. I also certify that on the date indicated below, a summary of the Chapter 13 Final Report and account was mailed to the holders of allowed claims by First Class Mail.

Dated:  05/22/2009

/s/  Marcus Motley

Marcus Motley

In RE: CASE NO: 08-70681-TJT

ROBERT MICHAEL DROZDZEWSKI
1216 HULL AVENUE  Judge: THOMAS J. TUCKER
YPSILANTI, MI  48198

CHAPTER 13 FINAL REPORT AND ACCOUNT

SSN#1 - XXX-XX-3171

This Case was  The Case was
Commenced on  Concluded on
12/16/2008  03/12/2009

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements and are incorporated by reference in this report.

**HOLDERS OF ALLOWED CLAIMS:** Please take notice that you have 30 days from the date of service of this document to file an objection to this report. If no objection is timely filed, the Trustee may be discharged and the case may be closed without a hearing. If a timely

**RECEIPTS**: Amounts paid to Trustee by or for the Debtor for the benefit of Creditors: **$4,800.00**

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name / Interest | Class / Principal | Allowed | | Percent | Principal | |
|---|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSA | | 100.00 | | 100.00 | | |
| 0 | ROBERT MICHAEL DROZDZEV | DEBTOR REFUND | 0.00 | 0.00% | 3,987.80 | 0.00 | 0.00 |
| 0 | GREGORY L. DODD, ATTORNE | ATTORNEY FEE | 0.00 | 100.00% | 0.00 | 0.00 | 1,500.00 |
| 1 | Everhome Mortgage Co | M-MORTGAGE | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 2 | FIRST TENNESSEE BANK | M-MORTGAGE | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 3 | Ford Cred | E-LEASE | 0.00 | 100.00% | 712.20 | 0.00 | 0.00 |
| 4 | Ford Cred | NTIP * Lease | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 |
| 5 | Wells Fargo Ed Fin Svc | X-SPECIAL UNS | 16,576.12 | 100.00% | 0.00 | 0.00 | 0.00 |
| 6 | SCHEDULED UNSECURED CRE | UNSECURED SCHE | 0.00 | 18.00% | 0.00 | 0.00 | 0.00 |
| 7 | Discover Bank/DFS Services LLC | U- UNSECURED | 11,479.17 | 18.00% | 0.00 | 0.00 | 0.00 |
| 8 | MHESLA | U- UNSECURED | 2,125.25 | 18.00% | 0.00 | 0.00 | 0.00 |
| 9 | MACYS RETAIL HOLDINGS, IN | U- UNSECURED | 1,981.63 | 18.00% | 0.00 | 0.00 | 0.00 |
| 10 | FDS BANK/VISA | U- UNSECURED | 4,948.37 | 18.00% | 0.00 | 0.00 | 0.00 |

Case # 08-70681-TJT    ROBERT MICHAEL DROZDZEWSKI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | FIRST TENNESSEE BANK | NTIP * ARREARS | 603.45 | 100.00% | 0.00 | 0.00 | 0.00 |
| 12 | PORTFOLIO RECOVERY ASSO( | U- UNSECURED | 1,635.42 | 18.00% | 0.00 | 0.00 | 0.00 |
| 13 | PORTFOLIO RECOVERY ASSO( | U- UNSECURED | 7,868.43 | 18.00% | 0.00 | 0.00 | 0.00 |
| 14 | GE Consumer Finance | U- UNSECURED | 344.48 | 18.00% | 0.00 | 0.00 | 0.00 |
| 15 | PRA Receivables Management, LL | U- UNSECURED | 11,923.35 | 18.00% | 0.00 | 0.00 | 0.00 |

## SUMMARY

Summary of disbursements during the administration of this plan:

| | ADMIN., CLAIMS AND REFUNDS | TOTAL PRINCIPAL AND | |
|---|---|---|---|
| UNSECURED | $58,882.22 | $0.00 | |
| SECURED | $603.45 | $712.20 | |
| PRIORITY | $0.00 | $0.00 | |
| ADMINISTRATIVE | $0.00 | $0.00 | |
| ATTORNEY | $0.00 | $0.00 | |
| TRUSTEE | $100.00 | $100.00 | |
| DEBTOR REFUND | $3,987.80 | $3,987.80 | |
| CLERK FEES | $0.00 | $0.00 | |
| | $63,573.47 | $4,800.00 | Total Disburseme |

Date of Service: May 22, 2009

/s/ Tammy L. Terry

Tammy L. Terry, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the Chapter 13 Final Report and Account was mailed to Debtor, Debtor's Attorney, and the United States Trustee by First Class Mail. I also certify that on the date indicated below, a summary of the Chapter 13 Final Report and account was mailed to the holders of allowed claims by First Class Mail.

Dated: 05/22/2009                                    /s/ Marcus Motley

Marcus Motley