UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
ROBERT DROZDZEWSKI,  Case no. 08-70681
 Chapter 13
    Debtor.  Hon. Thomas J. Tucker
_____/

**ORDER TO RESTRICT PUBLIC ACCESS OF INFORMATION
IN ACCORDANCE WITH FED. R. BANKR. PROC. 9037**

For good cause shown, IT IS ORDERED that:

1. First Tennessee Bank National Association's Motion to Restrict Public Access of Information in Accordance with Fed. R. Bankr. Proc. 9037 is granted.

2. Upon entry of this Order, the Clerk of Court shall seal and permanently remove from public view and prohibit electronic assess to Claim No. 7 filed by First Tennessee Bank National Association without prejudice to the filing of an amended claim that complies with Fed. R. Bankr. Proc. 9037.

.

**Signed on July 31, 2009**

                                                      **_____/s/ Thomas J. Tucker_____
                                                    Thomas J. Tucker
                                                    United States Bankruptcy Judge**